## People of the State of Illinois ex rel. John S. Rusch, Appellee, v. Ben L. Orloff, Appellant.

### Gen. No. 42,132.

Heard in first division, first district, this court at February term, 1942; opinion filed September 9, 1942. Abraham L. Marovitz and Mayer Goldberg, for appellant; Thomas J. Courtney, State's Attorney, for appellee; John F. Cashen, Jr., Special Attorney, of counsel. Opinion by JUSTICE O'CONNOR. ''Not to be published in full.''